IN THE UNITED STATES DISTRICT COURT
FORE EASTERN DISTRICT OF PENNSYLVANIA

JEANETTE MARIE MALLOY      :      CIVIL ACTION
     :
         v.      :
     :
KILOLO KIJAKAZI, Acting      :      NO.  22-2133
Commissioner of Social Security      :

# **O R D E R**

AND NOW, this    5th    day of January 2024, upon consideration of Plaintiff's

request for review (Doc. 6), the response (Doc. 7), the reply (Doc. 8), and after careful

consideration of the administrative record (Doc. 5), IT IS HEREBY ORDERED that:

1.  Judgment is entered REVERSING the decision of the Commissioner of
    Social Security for the purposes of this remand only and the relief sought
    by Plaintiff is GRANTED to the extent that the matter is REMANDED
    pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further
    proceedings consistent with this adjudication; and

2.  The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.

.